

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00341-CV

**SANTANDER CONSUMER USA, INC.** d/b/a Chrysler Capital,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01960
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellee's brief is currently due on September 9, 2020. On August 25, 2020, appellee filed a motion requesting an extension of time to file its brief until September 29, 2020. Appellee's motion is GRANTED. Appellee is ORDERED to file its brief **by September 29, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court